**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7128**

_____

ROGER OSBORN,

Plaintiff - Appellant,

versus

JOSEPH P. SACCHET, Warden; MARYLAND STATE
DEPARTMENT OF CORRECTIONS; MARYLAND STATE
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; INCORPORATED CORRECTIONAL MEDICAL
SERVICES; LLOYD WATERS, Warden; ANTHONY SWETZ,
Health Services, DPSCS; JOHN D. STAFFORD,
Doctor, Medical Director, CMS; ALAN GRAVES,
Doctor, DDS; HARRY HEISE, Doctor, DDS; DOCTOR
MOUBAREK, Physician, CMS; ELEANOR BOWLES, Ms.,
Regional Health Care Administrator; ROBERT H.
MILLER, Mr., Case Management Supervisor,
Retired; OLIN BRAKE, Mr., Case Management
Supervisor, MCI-H,

Defendants - Appellees,

and

ROBERT TESTONI, Doctor, DDS,

Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-00-
1952-MJG)

_____

Submitted: October 4, 2001          Decided: October 12, 2001

_____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roger Osborn, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews, Michael Joseph Lentz, KRAMON & GRAHAM, Baltimore, Maryland; Robert Fulton Dashiell, WARTZMAN, OMANSKY, BILBAUM, SIMONS, STEINBERG, SACHS & SAGAL, Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger Osborn appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Osborn v. Sacchet, No. CA-00-1952-MJG (D. Md. June 15, 2001). We deny Osborn's motion titled "Request for Time Extension." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED